UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenna Moorhead<br><br>Plaintiff(s)<br>v.<br>Unum Life Ins. Co. of Am. et al.<br>Defendant(s) | CASE No C 4:25-cv-01826-HSG<br><br>STIPULATION AND ORDER SELECTING ADR PROCESS; ORDER |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: September 30, 2025

Date: 06/06/25        /s/ Kristin P. Kyle de Bautista
                      Attorney for Plaintiff

Date: 06/06/25        /s/ Robert Hess
                      Attorney for Defendant

☒ X    IT IS SO ORDERED.
☐      IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 6/9/2025                    *[signature]*
                                  U.S. DISTRICT JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*