UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENNA MOORHEAD,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA, et al.,<br><br>　　　　　Defendants. | Case No.  25-cv-01826-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on April 14, 2026.  Having considered the parties' proposal, *see* Dkt. No. 35, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Discovery | July 31, 2026 |
| Non-Dispositive Motion Hearing Deadline | September 10, 2026, at 2:00 p.m. |
| Defendant to Lodge Administrative Record under Seal | October 8, 2026 |
| Simultaneous Rule 52 Opening Briefs | October 15, 2026 |
| Simultaneous Rule 52 Responsive Briefs | November 12, 2026 |
| Hearing on Rule 52 Cross-Motions/ Trial | December 11, 2026, at 10:00 a.m. |

//

//

//

//

United States District Court
Northern District of California

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:    5/26/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2