Michelle L. Roberts, State Bar No. 239092
E-mail: michelle@robertsdisability.com
Kristin P. Kyle de Bautista State Bar No. 221750
Email: kristin@robertsdisability.com
ROBERTS DISABILITY LAW, P.C.
66 Franklin Street, Ste. 300
Oakland, CA 94607
Telephone: (510) 230-2090
Facsimile: (510) 230-2091

Attorneys for Plaintiff,
BRENNA MOORHEAD

Robert E. Hess, State Bar No. 178042
E-mail: rhess@maynardnexsen.com
MAYNARD NEXSEN LLP
2121 Avenue of the Stars, Suite 650
Los Angeles, CA 90067
Telephone: (310) 596-4500

Attorneys for Defendants,
UNUM LIFE INSURANCE COMPANY OF AMERICA
& PROVIDENT LIFE AND ACCIDENT INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENNA MOORHEAD,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; and PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>    Defendants. | CASE NO.: 4:25-cv-01826-HSG<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE CURRENT CASE DEADLINES (F.R.C.P 16(b)(4); L.R. 6-2)**<br><br>**(amended)**<br><br>*Honorable Haywood S. Gilliam, Jr.*<br><br>Trial Date:  December 11, 2026<br>Time:        10:00 a.m.<br>Courtroom: 2, Oakland, 4th floor |

**TO THIS HONORABLE COURT:**

Plaintiff Brenna Moorhead ("Plaintiff") and Defendants Unum Life Insurance Company of America and Provident Life and Accident Insurance Company ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate the following:

/ / /

Roberts Disability Law, P.C.
66 Franklin Street, Ste. 300
Oakland, CA 94607
(510) 230-2090

WHEREAS, Plaintiff initiated this action on February 2, 2025, by filing a Complaint in the United States District Court for the Northern District of California (Dkt. No. 1);

WHEREAS, pursuant to the Court's March 30, 2026, Order Determining Standard of Review (Dkt. No. 34) Plaintiff's claim for benefits arising under the Unum Long-Term Disability ("LTD") Policy is subject to the "abuse of discretion" standard;

WHEREAS, Plaintiff had previously served written discovery requests (First Sets of Interrogatories and Requests for Production of Documents) to Defendants on October 3, 2025;

WHEREAS, by the agreement of the Parties, Defendants' deadline to respond to the discovery requests was postponed until thirty (30) days after the Court issued its ruling on the Standard of Review (Exhibit "1" to *Kyle Decl.*), which was entered on March 30, 2026. (Dkt. No. 34) making their responses due by April 29, 2026. This agreement was conditioned on Defendants' acknowledgment that if the Parties were unable to resolve the remaining discovery issues through the meet-and-confer process, extended discovery and trial deadlines may be necessary (Exhibit "1" to *Kyle Decl.*);

WHEREAS, after the Court issued its Order Determining Standard of Review, Defendants sought and received a two-week extension to respond to written discovery requests making the new due date May 13, 2026 (Exhibit "2" to *Kyle Decl.*);

WHEREAS, in the Further Joint Case Management Statement (Dkt. No. 35), Plaintiff advised that she intended to pursue both FRCP Rule 30(b)(6) deposition(s) and other depositions related to Defendants' conflict of interest;

WHEREAS, Defendants provided responses to the written discovery requests on May 13, 2026;

WHEREAS, on May 20, 2026, Plaintiff provided Defendants with a meet and confer letter on the written discovery, and requested a video conference to discuss;

WHEREAS, on May 20, 2026, Plaintiff also served notices of deposition pursuant to Federal Rule of Civil Procedure 30(b)(6), as well as notices for other depositions related to Defendants' conflict of interest;

///

JOINT STIPULATION AND ORDER TO CONTINUE CURRENT CASE DEADLINES
– Case No. 4:25-cv-01826-HSG

Roberts Disability Law, P.C.
66 Franklin Street, Ste. 300
Oakland, CA 94607
(510) 230-2090

WHEREAS, on May 26, 2026, the Court issued a Scheduling Order (Dkt. No. 37) with the following current case dates and deadlines:

- Close of Discovery: July 31, 2026
- Non-Dispositive Motion Hearing Deadline: September 10, 2026 at 2:00 p.m.
- Defendants to Lodge AR under Seal: October 8, 2026
- Simultaneous Rule 52 Opening Briefs: October 15, 2026
- Simultaneous Rule 52 Responsive Briefs: November 12, 2026
- Hearing on Rule 52 Cross-Motions/Trial: December 11, 2026

WHEREAS, on May 27, 2026, based on the Court's Scheduling Order and defense counsel's pre-planned vacation, counsel for Defendants again requested and Plaintiff granted two additional extensions to respond to written discovery and the deposition notices, first to June 26, 2026, (Exhibit "3" to *Kyle Decl*) and then to June 30, 2026, (See *Kyle Decl* ¶9) and these agreements were again conditioned on Defendants' agreement to stipulate to extend the current discovery deadline if the Parties were unable to resolve their discovery disputes without Court intervention;

WHEREAS, despite the Parties' efforts to resolve discovery issues without Court intervention, certain discovery disputes remain unresolved. The Parties intend to submit a joint discovery letter brief seeking the Court's resolution of those disputes, and additional time will be necessary to permit the Court to resolve the disputes and, if appropriate, to allow the Parties to complete any additional discovery, including depositions, authorized by the Court;

WHEREAS, the Parties' proposed modifications do not alter the currently scheduled date for the Rule 52 hearing/trial and will continue to provide the Court with approximately three weeks between the completion of Rule 52 briefing and the hearing;

WHEREAS, the requested extensions are sought in good faith, are not sought for purposes of delay, and will not prejudice any party; and

WHEREAS, good cause exists under Federal Rule of Civil Procedure 16(b)(4) because the requested modifications are necessary to allow the Parties to complete discovery and resolve outstanding discovery disputes before dispositive briefing;

Roberts Disability Law, P.C.
66 Franklin Street, Ste. 300
Oakland, CA 94607
(510) 230-2090

THEREFORE, pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 6-2, and for good cause shown, the Parties respectfully request that the Court amend the Scheduling Order as follows:

- Close of Discovery:                                      September 30, 2026
- Non-Dispositive Motion Hearing Deadline:                 October 16, 2026
- Defendants to Lodge AR under Seal:                       October 30, 2026
- Simultaneous Rule 52 Opening Briefs:                     October 30, 2026
- Simultaneous Rule 52 Responsive Briefs:                  November 20, 2026

**IT IS SO STIPULATED.**

DATED: July 8, 2026                ROBERTS DISABILITY LAW, P.C.

                                   By:  /s/ Kristin P. Kyle de Bautista
                                        Kristin P. Kyle de Bautista
                                        Attorneys for Plaintiff,
                                        BRENNA MOORHEAD

DATED: July 8, 2026                MAYNARD NEXSEN LLP

                                   By:  /s/ Robert Hess
                                        Robert Hess
                                        Attorneys for Defendants,
                                        UNUM LIFE INSURANCE COMPANY OF
                                        AMERICA & PROVIDENT LIFE AND
                                        ACCIDENT INSURANCE COMPANY

SIGNATURE ATTESTATION

I, Kristin P. Kyle de Bautista, hereby attest that concurrence in the filing of the document has been obtained from the other signatory on this document.

DATED: July 8, 2026          By:  /s/ Kristin P. Kyle de Bautista
                                  Kristin P. Kyle de Bautista

4

JOINT STIPULATION AND ORDER TO CONTINUE CURRENT CASE DEADLINES
– Case No. 4:25-cv-01826-HSG

**ORDER**

Having considered the Joint Stipulation of the parties to continue the current case dates and deadlines, and finding good cause, the Court hereby orders that the current case dates and deadlines are modified as follows:

- Close of Discovery: September 30, 2026
- Non-Dispositive Motion Hearing Deadline: October 16, 2026 at 10 a.m.
- Defendants to Lodge AR under Seal: October 30, 2026
- Simultaneous Rule 52 Opening Briefs: October 30, 2026
- Simultaneous Rule 52 Responsive Briefs: November 20, 2026

**IT IS SO ORDERED.**

Dated: 7/9/2026

Honorable Haywood S. Gilliam, Jr.
United States District Judge

Roberts Disability Law, P.C.
66 Franklin Street, Ste. 300
Oakland, CA 94607
(510) 230-2090

5

JOINT STIPULATION AND ORDER TO CONTINUE CURRENT CASE DEADLINES
– Case No. 4:25-cv-01826-HSG